IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

**UNITED STATES OF AMERICA,**     Case Number 3:14 CV 1768

    Plaintiff,

    v.     Magistrate Judge James R. Knepp, II

**FOUR THOUSAND, SIX HUNDRED,
FIFTY EIGHT DOLLARS IN U.S.
CURRENCY ($4, 658.00), et al,**

    Defendants.     MEMORANDUM OPINION AND ORDER

This matter is before the Court on Plaintiff's Motion to Dismiss Claim dated August 25, 2015. (Doc. 22). For the following reasons, the Motion is granted.

On May 5, 2015, Plaintiff sent its First Set of Special Interrogatories by certified mail to claimants Vincent Wilson and Jywanza Wilson ("claimants") and has yet to receive a response. (Doc. 18, 22). On July 10, 2015, the Court granted attorney Brett A. Klimkowsky's Motion for Leave to Withdraw because of claimants' failure to respond to his communication attempts and produce payment. (Doc. 19, 20, 21). Claimants then violated a Court order by failing to appear at a pretrial conference on August 18, 2015. (Doc. 20, Non-document entry dated August 18, 2015).

Claimants have not made any effort to contact the Court to pursue this case. Accordingly, the case is dismissed for want of prosecution pursuant to Civil Rule 41(b).

                                                             s/James R. Knepp II
                                                        United States Magistrate Judge